**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Harriet Mouchly Weiss and Charles Weiss | CASE NO.: 17–10562–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0433    xxx–xx–8419 | CHAPTER: 11 |

## DEFICIENCY NOTICE FOR INDIVIDUAL DEBTORS IN CHAPTER 11 AND 12 CASES

PLEASE TAKE NOTICE that the documents appearing below must be filed with the Court by the applicable deadline:

20 Largest Unsecured Creditors due at time of filing
Ch 11 Income Form 122B due 03/23/2017
Local Rule 1007–2 Affidavit due at time of filing
* Schedule A/B: Property (Official Form 106A/B) due 03/23/2017
Schedule C: The Property You Claim as Exempt (Official Form 106C) due 03/23/2017
* Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D) due 03/23/2017
* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) due 03/23/2017

Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) due 03/23/2017
Schedule H: Your Codebtors (Official Form 106H) due 03/23/2017
* Schedule I: Your Income (Official Form 106I)[1] due 03/23/2017
* Schedule J: Your Expenses (Official Form 106J)[1] due 03/23/2017
* Statement of Financial Affairs due 03/23/2017
Summary of Assets and Liabilities due 03/23/2017

PLEASE TAKE FURTHER NOTICE that the failure to file timely any required document may result in the dismissal of your case after notice and hearing.

Dated: March 9, 2017                                                        Vito Genna
                                                                           Clerk of Court